NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL VANARTSDALEN,**
*Petitioner*

**v.**

**DEPARTMENT OF JUSTICE,**
*Respondent*

---

2015-8002

---

Petition for review of a decision of the Bureau of Justice Assistance in PSOB Claim No. 2009-DIS-054.

---

**JUDGMENT**

---

JOHN STEPHEN WIRTHLIN, JR., Beirne & Wirthlin Co., Cincinnati, OH, argued for petitioner.

KARA WESTERCAMP, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., SCOTT D. AUSTIN; RAFAEL ALBERTO MADAN, JASON P. COOLEY, Office of Justice Programs, Office of the General Counsel, United States Department of Justice, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* DYK and REYNA, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2016          /s/ Peter R. Marksteiner
   Date                   Peter R. Marksteiner
                          Clerk of Court